CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN 03 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ROBERT FRANKLIN DOYLE JR.,<br>Defendant. | Criminal No. 2:07cr00004<br><br>**AMENDED<br>FINAL ORDER AND JUDGMENT**<br><br>BY: GLEN M. WILLIAMS<br>SENIOR UNITED STATES DISTRICT JUDGE |

This case is before the court on the motions of the defendant, Robert Franklin Doyle Jr., to suppress certain evidence seized in a January 9, 2004, search of his residence, (Docket Item Nos. 47 and 80), ("Motions"). The Motions were referred to United States Magistrate Judge Pamela Meade Sargent pursuant to Federal Rule of Criminal Procedure 59(b) and 28 U.S.C. § 636(b)(1)(B). The United States Magistrate Judge filed a report recommending that the defendant's Motions be **granted**. Upon a review of the objections to the Magistrate Judge's report, and the briefs filed by each party, the court is of the opinion that the report should be rejected.

For the reasons detailed in the Memorandum Opinion accompanying this Order and entered on January 2, 2008, the defendant's Motions are hereby **DENIED**, and the Magistrate Judge's recommendations as to the defendant's Motions are hereby **REJECTED**.

The Clerk is directed to enter this Order and to send copies of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTER: January 3 2008

THE HONORABLE GLEN M. WILLIAMS
SENIOR UNITED STATES DISTRICT JUDGE